**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 98-2573**

─────────────

DOYLE JOHNSON,

                         Plaintiff - Appellant,

    versus

ENTERPRISE LEASING COMPANY, d/b/a Enterprise
Rent-A-Car; AMY SNYDER,

                         Defendants - Appellees,

    and

ENTERPRISE RENT-A-CAR,

                         Defendant.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (CA-98-367-A)

─────────────

Submitted: June 22, 1999          Decided: July 13, 1999

─────────────

Before ERVIN and WILKINS, Circuit Judges, and BUTZNER, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

David A. Branch, LAW OFFICES OF DAVID A. BRANCH, Washington, D.C., for Appellant. Eugene Scalia, GIBSON, DUNN & CRUTCHER, L.L.P., Washington, D.C., for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(C).

PER CURIAM:

Doyle Johnson appeals the district court's grant of summary judgment for the Appellees in this Title VII action, 42 U.S.C.A. § 2000e - 2000e-17 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. We note that Johnson's claims of negligent supervision and negligent retention are not cognizable under Virginia law. See Chesapeake & Potomac Tel. Co. v. Dowdy, 365 S.E.2d 751, 754 (Va. 1988). Accordingly, we affirm substantially on the reasoning of the district court. See Johnson v. Enterprise Leasing, No. CA-98-367-A (E.D. Va. Sept. 24, 1998). We grant the Appellees' motion to dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2